| Agent No | Agent Name | Address | City | Opened |
|----------|-----------|---------|------|--------|
| GA846 | El Dorado Check Cashing | 2498 Chamblee Tucker Rd | Chamblee | 11/12/2010 |
| GA847 | El Dorado Check Cashing | 1027 Apharetta St | Roswell | 11/12/2010 |
| GA848 | 3 Hermanos Check Cashing | 2522 Cruse Rd | Lawrenceville | 11/12/2010 |
| GA850 | El Dorado Check Cashing | 1543 Hwy 138 SE | Conyers | 11/12/2010 |
| GA851 | El Dorado Check Cashing | 2552 S Cobb Dr SE | Smyrna | 11/12/2010 |